IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| FOLEY MA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| v. | ) | |
| | ) | No. 1:16-cv-01055-LMM-CMS |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF SERVICE OF INITIAL DISCLOSURES AND DISCOVERY REQUESTS (FILED WITH THE COURT PURSUANT TO LOCAL RULE 5.4)**

Shimshon Wexler declares that:

1- On May 26, 2016, Plaintiff's Initial Disclosures were sent to Defendant via email and regular mail; and

2- On June 16, 2016, I emailed and mailed Plaintiff's first set of Interrogatories, Requests for Production and Request for Admissions to Defendant.

Dated: June 16, 2016

/s/ Shimshon Wexler
Shimshon Wexler, Esq. Bar No. 436163
The Law Offices of Shimshon Wexler, PC
315 W Ponce de Leon Ave Suite 250
Decatur, GA 30030
Tel 212-760-2400
Fax 917-512-6132
swexleresq@gmail.com