IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FOLEY MA,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:16-CV-01055-LMM-CMS |

## **ORDER**

This matter is before the Court on the parties' Joint Motion (Doc. 16) for referral to a settlement conference and for a sixty (60) day extension of the discovery period.

The parties' request appearing reasonable, the parties' Joint Motion (Doc. 16) is **GRANTED**. The Clerk is **DIRECTED** to refer this matter to the Chief Magistrate Judge for assignment to the next available Magistrate Judge for a settlement conference. The Court hereby **ORDERS** a stay of all proceedings pending the completion of the settlement conference. The parties are **DIRECTED** to inform me in writing within three (3) business days of the completion of the settlement conference if the parties were able to reach a settlement or not. If a settlement is reached, the

parties shall so inform this Court and provide a date by which the final settlement agreement will be executed and the dismissal filed.

The scheduling order in this case (Doc. 11) is hereby amended and the discovery period is extended to and through November 23, 2016.

**IT IS SO ORDERED**, this 25th day of August, 2016.

_/s/ Catherine Salinas_
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE