# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-01055-LMM-CMS
## Ma v. Equifax Information Services, LLC
## Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 09/20/2016.

TIME COURT COMMENCED: 9:36 A.M.
TIME COURT CONCLUDED: 12:00 P.M.     TAPE NUMBER: FTR
TIME IN COURT: 2:24                  DEPUTY CLERK: Amanda Zarkowsky
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Justin Baxter representing Foley Ma<br>Lewis Perling representing Equifax Information Services, LLC<br>Shimshon Wexler representing Foley Ma |
| OTHER(S) PRESENT: | Foley Ma- Plaintiff<br>Jennifer Fease- In-house counsel for Equifax |
| PROCEEDING CATEGORY: | Settlement Conference |
| MINUTE TEXT: | Settlement conference commenced on September 20, 2016, but not concluded as the parties request a continuance of 60 days to gather and exchange information, including possibly conducting depositions, with an opportunity to reconvene the settlement conference. The parties shall contact the chambers of Magistrate Judge Vineyard on or before November 21, 2016, to schedule a date to reconvene the settlement conference or to notify the court that a continuation of the settlement conference is no longer required. The stay of proceedings pending completion of the settlement conference remains in effect until November 21, 2016, but the parties may exchange information and take depositions if agreed upon. |
| HEARING STATUS: | Hearing Concluded |