IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FOLEY MA,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:16-CV-1055-LMM-CMS |

## ORDER

Counsel and parties in the above styled case seek authorization to bring cell phones and computers/laptops/tablets into the courtroom for use during the mediation hearing in this case scheduled for September 20, 2016, at 9:30 a.m.

IT IS HEREBY ORDERED that Counsel and parties in this case are allowed to bring their cell phones and computers/laptops/tablets into the Courthouse for the mediation in this case in Courtroom 2022, on Tuesday, September 20, 2016, at 9:30 a.m.

**SO ORDERED**, this 20th day of SEPTEMBER, 2016.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE