UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-------------------------------------------------------X
FOLEY MA

               Plaintiff,

                                              Case 1:16-cv-01055-LMM-CMS

               v.

EQUIFAX INFORMATION SERVICES, LLC

               Defendant.
-------------------------------------------------------X

## **MOTION TO ALLOW PLAINTIFF AND HIS COUNSEL TO BRING IN THE COURTHOUSE ELECTRONIC EQUIPMENT**

     Plaintiff requests that he and his attorney be allowed to bring cell phones and computers/laptops/ tablets into the courtroom for use during the reconvened settlement conference in this case scheduled for January 17, 2017, at 9:30 a.m. in Courtroom 2022.

Respectfully Submitted this 6th day of January, 2017.

                                        /s/ Shimshon Wexler (Georgia Bar No. 436163)
                                        The Law Offices of Shimshon Wexler, PC
                                        315 W Ponce de Leon Ave Suite 250
                                        Decatur, GA 30030
                                        (212) 760-2400
                                        (917) 512-6132 (fax)
                                        swexleresq@gmail.com