# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-01055-LMM-CMS
## Ma v. Equifax Information Services, LLC
## Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 01/17/2017.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:56 A.M.      COURT REPORTER: FTR
TIME IN COURT: 2:26                                    DEPUTY CLERK: Amanda Zarkowsky
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Justin Baxter representing Foley Ma |
| | Lewis Perling representing Equifax Information Services, LLC |
| | Shimshon Wexler representing Foley Ma |
| OTHER(S) PRESENT: | Jessica Fease: In-house counsel for Equifax |
| | Foley Ma- Plaintiff |
| PROCEEDING CATEGORY: | |
| MINUTE TEXT: | Settlement conference held. The parties did not reach a settlement agreement. Magistrate Judge Russell G. Vineyard is terminated as settlement referral judge. |
| HEARING STATUS: | Hearing Concluded |