UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
---------------------------------------------------------X
FOLEY MA

        Plaintiff,

                                                    Case 1:16-cv-01055-LMM-CMS

        v.

EQUIFAX INFORMATION SERVICES, LLC

        Defendant.
---------------------------------------------------------X

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW Plaintiff, Foley Ma ("Plaintiff"), and Defendant, Equifax Information Services, LLC ("Equifax") (collectively, the "Movants"), pursuant Fed. R. Civ. P. 6(b) and 16(b)(4), and move the Court to amend the scheduling order in this action. As grounds for this motion, Movants state as follows:

1. Pursuant to the amended scheduling order entered on August 25, 2016 (Doc. 17), the deadline to complete fact discovery was November 23, 2016 and the Court ordered a stay of all proceedings pending the completion of the settlement conference.

2. Movants held their first settlement conference with Judge Vineyard on September 20, 2016. Plaintiff was there along with each of his attorney's. Mr.

Baxter flew in from Portland, Oregon. Equifax was present by their representative Jennifer Fease and their attorney Lewis Perling. The minute text of that day by Judge Vineyard (Doc. 19) stated:

> Settlement conference commenced on September 20, 2016, but not concluded as the parties request a continuance of 60 days to gather and exchange information, including possibly conducting depositions, with an opportunity to reconvene the settlement conference. The parties shall contact the chambers of Magistrate Judge Vineyard on or before November 21, 2016, to schedule a date to reconvene the settlement conference or to notify the court that a continuation of the settlement conference is no longer required. The stay of proceedings pending completion of the settlement conference remains in effect until November 21, 2016, but the parties may exchange information and take depositions if agreed upon.

3. The parties continued to negotiate in good faith and exchanged information.

4. On November 21, the parties requested that the parties reconvene with Judge Vineyard reconvene for another settlement conference.

5. Plaintiff's deposition was taken on November 29th.

6. Defendant's 30(b)(6) deposition was taken on December 7th.

7. Movants continued to exchange information necessitated in part by information gleaned from the deposition testimony.

8. The parties continued their settlement conference on January 17, 2017. Plaintiff and each of his attorneys were there with Mr. Baxter flying in from Portland, Oregon to be there. Equifax was there by their corporate representative Jennifer Fease along with Lewis Perling. Unfortunately, the parties were not able to reach a settlement.

9. Good cause therefore exists to extend the deadlines to complete discovery, to move for summary judgment and to file a proposed consolidated pretrial order.

WHEREFORE, the Movants respectfully pray that the Court enter an Order amending the existing scheduling order as follows:

a. The deadline to complete fact discovery shall be moved to March 31, 2017.

b. The deadline to file motions for summary judgment shall be moved to May 31, 2017.

c. In the event that any party files a motion for summary judgment, the deadline to file a proposed consolidated pretrial order shall be **thirty (30) days** after the district court's final ruling on all pending motions for summary judgment or if there is no motion for summary judgment filed then the deadline should be June 16, 2017.

Dated: January 25, 2017

Respectfully submitted,

*/s/* Shimshon Wexler (Bar No. 436163)

The Law Offices of Shimshon Wexler, PC

315 W. Ponce de Leon Ave. Suite 250

Decatur, GA 30030

 212-760-2400

Email: swexleresq@gmail.com


Justin M. Baxter (admitted Pro Hac Vice)

Baxter & Baxter, LLP

8835 SW Canyon Lane

Suite 130

Portland, OR 97225

503-297-9031

Email: justin@baxterlaw.com

*Attorneys for Plaintiff*

*/s/ Lewis Perling*

King & Spalding LLP

1180 Peachtree Street N.E.

Atlanta, GA 30309-3521

Telephone: (404) 572-4600

Fax: (404) 572-5100

Email: lperling@kslaw.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy to all parties registered for the Court's CM/ECF system..

*/s/ Shimshon Wexler*

 An Attorney for Plaintiff

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using 14 Times New Roman point font.

By: /s *Shimshon Wexler*

An Attorney for Plaintiff