UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-------------------------------------------------------X
FOLEY MA

        Plaintiff,

                                                Case 1:16-cv-01055-LMM-CMS

        v.

EQUIFAX INFORMATION SERVICES, LLC

        Defendant.
-------------------------------------------------------X

## SECOND AMENDED SCHEDULING ORDER

This matter is before the Court on the parties' second Joint Motion to Amend Scheduling Order (Doc. 25). The parties have proposed a short extension of the deadlines in this action because the settlement conferences have been unsuccessful and for additional reasons set forth in their motion.

For good cause shown, the parties have requested, and the Court hereby **APPROVES and ADOPTS**, the following amendments to the scheduling orders in this case (Docs. 11, 17):

(1) The deadline to complete fact discovery is now March 31, 2017.

(2) The deadline to file motions for summary judgment is now May 31, 2017.

(3) In the event that any party files a motion for summary judgment, the deadline to file a proposed consolidated pretrial order shall be **thirty (30) days** after the

district court's final ruling on all pending motions for summary judgment or if there is no motion for summary judgment filed then the deadline should be June 16, 2017.

**IT IS SO ORDERED**,

DATED: 1/31/17

_____

**HONORABLE CATHERINE M. SALINAS**

**UNITED STATES MAGISTRATE JUDGE**