## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **FOLEY MA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action** |
| | ) | |
| **v.** | ) | **No. 1:16-cv-01055-LMM-CMS** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO EXTEND DISCOVERY

COME NOW Plaintiff, Foley Ma ("Plaintiff"), and Defendant, Equifax Information Services LLC ("Equifax"), pursuant Fed. R. Civ. P. 6(b) and 16(b)(4), and move the Court to amend the scheduling order in this action and extend discovery deadline to May 31, 2017. As grounds for this motion, the parties state as follows:

1.     Pursuant to the amended scheduling order entered on August 25, 2016 (Doc. 17), the Court ordered a stay of all proceedings pending the completion of a settlement conference.

2.     The parties completed the settlement conference on January 17, 2017.

3.     On January 25, 2017, the parties filed a joint motion to amend the scheduling order.

4.      On January 31, 2017, the Court issued a Second Amended Scheduling Order setting March 31, 2017 as the deadline for discovery and May 31, 2017 as the deadline for dispositive motions.

5.      The parties have diligently engaged in discovery and completed party depositions.

6.      Plaintiff is providing a supplemental production of documents identified in his deposition.

7.      In order to complete discovery and fully prepare for trial, the parties are scheduling the depositions of third parties.

8.      The parties are attempting to schedule six remaining depositions and are currently discussing available dates.

9.      The parties worked to find mutually agreeable dates for the depositions within the current discovery period, but in order to accommodate all of the counsel and witness schedules, the parties respectfully request through May 31, 2017 to complete discovery.

10.     This motion is made in good faith and not for purposes of delay.

11.     The extension will not cause a delay in the case as the parties are not seeking an extension of the dispositive motions deadline, currently set for May 31, 2017, and no trial date is set.

12.     Good cause, therefore, exists to extend the discovery deadline.

WHEREFORE, the parties respectfully pray that the Court enter an Order amending the existing scheduling order and extending the deadline for completion of discovery to May 31, 2017.  A proposed order is attached hereto.

DATED: March 17, 2017.

By: /s/ *Lewis P. Perling*
Lewis P. Perling
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  lperling@kslaw.com
*Attorneys for Equifax Information Services LLC*

By: /s/*Shimshon E. Wexler*
Shimshon E. Wexler
Shimshon Wexler, Attorney at Law
Suite 250
315 West Ponce De Leon
Atlanta, GA 30030
Email: swexleresq@gmail.com

Justin M. Baxter
Baxter & Baxter, LLP
8835 SW Canyon Lane
Suite 130
Portland, OR 97225
Email: justin@baxterlaw.com
*Attorneys for Plaintiff*