# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FOLEY MA, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 1:16-cv-01055-LMM-CMS |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY

This matter is before the Court on the parties' Joint Motion to extend the discovery deadline. For good cause shown, the Court hereby **GRANTS** the Motion. The deadline for the completion of discovery is extended to May 31, 2017.

**IT IS SO ORDERED**, this _____ day of March, 2017.

_____
**HONORABLE CATHERINE M. SALINAS**
**UNITED STATES MAGISTRATE JUDGE**