IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| FOLEY MA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 1:16-cv-01055-LMM-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY

This matter is before the Court on the parties' Joint Motion to extend the discovery deadline. For good cause shown, the Court hereby **GRANTS** the Motion. [Doc. 27] The deadline for the completion of discovery is extended to May 31, 2017.

**IT IS SO ORDERED**, this 21st day of March, 2017.

_____
**HONORABLE CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE**