# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| FOLEY MA, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 1:16-cv-01055-LMM-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF INTENT TO SERVE SUBPOENA FOR PRODUCTION OF DOCUMENTS ON STATE BANK AND TRUST

PLEASE TAKE NOTICE that Defendant Equifax Information Services LLC, pursuant to Fed. R. Civ. P. 45(a)(4), will serve a Subpoena for Production of Documents in the form attached hereto on State Bank and Trust.

DATED: April 5, 2017.

                                                KING & SPALDING LLP

                                                By: /s/ *Lewis P. Perling*
                                                Lewis P. Perling
                                                1180 Peachtree Street N.E.
                                                Atlanta, Georgia  30309-3521
                                                Tel:  (404) 572-4600
                                                Fax:  (404) 572-5100
                                                Email:  lperling@kslaw.com
                                                *Attorneys for Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing via email to the following attorneys of record:

Justin M. Baxter
Baxter & Baxter, LLP
8835 SW Canyon Lane
Suite 130
Portland, OR 97225
Email: justin@baxterlaw.com

Shimshon E. Wexler
Shimshon Wexler, Attorney at Law
Suite 250
315 West Ponce De Leon
Atlanta, GA 30030
Email: swexleresq@gmail.com
*Attorneys for Plaintiff*

    DATED: April 5, 2017

                      /s/ *Lewis P. Perling*
                      Lewis P. Perling
                      Attorney for Equifax Information
                      Services LLC