# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FOLEY MA, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 1:16-cv-01055-LMM-CMS |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

This matter is before the Court on the parties' Joint Motion to extend the discovery and dispositive motions deadline. For good cause shown, the Court hereby **GRANTS** the Motion. The deadline for the completion of discovery and filing dispositive motions is extended to June 30, 2017.

**IT IS SO ORDERED**, this _____ day of _____, 2017.

_____
**HONORABLE CATHERINE M. SALINAS**
**UNITED STATES MAGISTRATE JUDGE**