IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| FOLEY MA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 1:16-cv-01055-LMM-CMS |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

This matter is before the Court on the parties' Joint Motion to extend the discovery and dispositive motions deadline. For good cause shown, the Court hereby **GRANTS** the Motion. The deadline for the completion of discovery and filing dispositive motions is extended to June 30, 2017.

**IT IS SO ORDERED**, this 31st day of May, 2017.

_____
**HONORABLE CATHERINE M. SALINAS**
**UNITED STATES MAGISTRATE JUDGE**