# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# Atlanta Division

| | |
|---|---|
| FOLEY MA, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 1:16-cv-01055-LMM |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC 'S MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF PLAINTIFF'S EXPERT, EVAN HENDRICKS

Defendant, Equifax Information Services, LLC ("Equifax"), by counsel and pursuant to Federal Rule of Evidence 702, hereby moves to exclude or limit the testimony of Plaintiff's expert, Evan Hendricks.

In support of this motion, Equifax relies upon its supporting memorandum, Plaintiff's Expert Witness Report; the deposition of Evan Hendricks in Martin Sammy v. Equifax Information Services, LLC, Civil Action No. 2:14-cv-00307-BMS (E.D. Pa); the deposition of Evan Hendricks in this action, and all pleadings and other documents of record in this case

For the reasons set forth more fully in its accompanying memorandum, Equifax requests that this motion be granted.

1

DATED: August 25, 2017.

        Respectfully submitted,

        EQUIFAX INFORMATION SERVICES LLC

        /s/ *Lewis P. Perling*
        Lewis P. Perling
        Georgia Bar No. 572379
        KING & SPALDING LLP
        1180 Peachtree Street N.E.
        Atlanta, GA 30309-3521
        Tel: 404-572-3079
        Fax: 404-572-3100
        Email: lperling@kslaw.com
        *Attorneys for Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Justin Michael Baxter
Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
503-297-9031
Portland, OR 97225
Email: justin@baxterlaw.com

Shimshon E. Wexler
Shimshon Wexler, Attorney at Law
315 West Ponce De Leon, Suite 250
Atlanta, GA 30030
212-760-2400
Email: swexleresq@gmail.com

*Attorneys for Plaintiff*

DATED: August 25, 2017.

/s/ Lewis P. Perling