UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------------------X

FOLEY MA

        Plaintiff,

                                      Case 1:16-cv-01055-LMM

        v.

EQUIFAX INFORMATION SERVICES, LLC

        Defendant.

---------------------------------------------------------X

## **LR 83.1(E)(3) REQUEST FOR LEAVE OF ABSENCE**

Shimshon Wexler, counsel for Plaintiff in the above-captioned case, respectfully submits this LR 83.1(E)(3) Request for Leave of Absence.

The undersigned respectfully requests that this case not be calendared during the periods of absence set forth below, and that he be excused from any proceedings and appearances, including trials, hearings, and conferences during this time.

• December 4, 2017- December 8, 2017 (Jury Trial- Eve Wexler v. Kennesaw Pediatrics, PC, 16-cv-1491-TCB, NDGA, —I am co-counsel on this case)

Respectfully submitted this 2nd day of October 2017,

                        By: /s/ Shimshon Wexler
                            GA Bar No 436163
                            The Law Offices of Shimshon Wexler, PC
                            315 W Ponce de Leon Ave Suite 250
                            Decautr, GA 30030
                            (212) 760-2400
                            (917) 512-6132 (FAX)
                            shimshonwexler@yahoo.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that 14 point Times New Roman was used for this document and that it has been formatted in compliance with Local Rule 5.4.

*/s/ Shimshon Wexler*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, I served the foregoing document by filing it through the CM/ECF system, which will send notification to all counsel of record in this action.

*/s/ Shimshon Wexler*