UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-----------------------------------------------------------X
FOLEY MA

        Plaintiff,

                              Case 1:16-cv-01055-LMM

        v.

EQUIFAX INFORMATION SERVICES, LLC

        Defendant.
-----------------------------------------------------------X

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff's counsel in this case are allowed to bring their cell phones and computers/laptops/tablets into the Courthouse for the Pretrial Conference set for 11/2/2017 at 02:00 PM in ATLA Courtroom 2107 before Judge Leigh Martin May.

10/30/17

_____
Hon. Judge Leigh Martin May